TODD BLANCHE
Deputy Attorney General for the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8462
NICOLE LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Camilo Mendez Oreilly,<br><br>        Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et.al.*,<br><br>        Respondents. | Case No. 2:26-cv-00278-GMN-EJY<br><br>**Stipulation for One-Week Extension of Time for Federal Respondents to File a Response to Petitioner's First Amended Petition (ECF No. 10)**<br><br>**FIRST REQUEST** |

Petitioner Antonio Camilo Mendez Oreilly ("Petitioner"), and Federal Respondents Michael Bernacke, Todd Lyons, Kristi Noem, and Pamela Bondi ("Federal Respondents") (collectively, "the parties"), through respective undersigned counsel, hereby submit this stipulation for an extension of time for Federal Respondents to respond to Petitioner's First Amended Petition (ECF No. 10). Federal Respondents' response to the First Amended Petition is currently due on March 16, 2026. *See* ECF No. 3. On March 16, 2026, the parties agreed to a one-week extension until and including March 23, 2026, for Federal Respondents to respond to the Amended Petition, to provide undersigned AUSA with the time necessary to properly communicate with the agency as to Petitioner's claims; counsel for Petitioner will not stipulate to any extensions past this initial one-week extension.

This is the first request for an extension of time to respond to the Court's Order. This request is made in good faith and not for the purpose of undue delay.

Accordingly, the parties respectfully request that the Court approve this stipulation

and extend the deadline for Federal Respondents to file a response to Petitioner's First Amended Petition from March 16, 2026, to March 23, 2026.

Respectfully submitted this 16th day of March 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Ashlyn Saenz-Ochoa*<br>ASHLYN SAENZ-OCHOA<br>Assistant Federal Public Defender | */s/ Nicole R. Leibow*<br>NICOLE R. LEIBOW<br>Assistant United States Attorney |
| *Attorneys for Petitioner* | *Attorneys for Federal Respondents* |

**IT IS SO ORDERED:**

_____
**Gloria M. Navarro, District Judge**
**UNITED STATES DISTRICT COURT**

**DATED:**    March 16, 2026