AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**Antonio Camilo Mendez Oreilly**

JUDGMENT IN A CIVIL CASE

Petitioner,

v.

Case Number **2:26-cv-00278-GMN-EJY**

**John Mattos**, et al,

Respondents.

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**JUDGMENT is entered in favor of the Petitioner and against the Respondents.**

Date: <u>April 22, 2026</u>

DEBRA K. KEMPI
Clerk



/s/ Wayne Julian
Deputy Clerk